E-FILED
Friday, 26 February, 2010 01:33:40 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| JAMES H. STOKES, JR., )<br>)<br>Plaintiff, )<br>v. )<br>) Case No. 09-2313<br>CITY OF KANKAKEE, ILLINOIS, )<br>)<br>Defendant. ) | |

# REPORT AND RECOMMENDATION

On December 18, 2009, the pro se Plaintiff filed a Complaint (#1). On February 5, 2010, Defendant its Motion to Dismiss Complaint (#4). Plaintiff has not responded.

The undersigned has reviewed the complaint, as well as the motion. The motion is well taken and should be granted. Plaintiff should be given an opportunity to file an amended complaint in which he can state a claim against the named Defendant. That would include some description of conduct attributable to that Defendant.

I recommend pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) that the Motion to Dismiss Complaint **(#4)** be **GRANTED** and Plaintiff's complaint be dismissed without prejudice. I further recommend that Plaintiff be given 14 days from the date of the order disposing of the motion in which to file his amended complaint.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 26th day of February, 2010.

                                                                                       s/ DAVID G. BERNTHAL
                                                                                  U.S. MAGISTRATE JUDGE