E-FILED
Wednesday, 17 March, 2010 10:50:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES H. STOKES, JR., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF KANKAKEE, ILLINOIS, ) <br> ) <br> Defendant. ) | Case No. 09-CV-2313 |

## ORDER

A Report and Recommendation (#6) was filed by Magistrate Judge David G. Bernthal in the above cause on February 26, 2010. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#6) is accepted by this court.

(2) Defendant's Motion to Dismiss Complaint (#4) is GRANTED.

(3) Plaintiff's pro se Complaint (#1) is dismissed without prejudice. Plaintiff is allowed fourteen (14) days to file an amended complaint.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 17th day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE